IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01935-PAB-MEH

SCOTT NAGLE,

    Plaintiff,

v.

SHERIFF TED MINK, in his official and individual capacities,
UNDERSHERIFF RAY FLEER, in his individual capacity,
CHIEF JEFFREY SHRADER, in his individual capacity, and
CAPTAIN PATRICIA WOODIN, in her individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2011.**

    Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Expert Disclosure Deadlines [filed March 15, 2011; docket #28] is **granted**. Plaintiff's expert disclosures are due on or before **April 21, 2011**, and Defendants' rebuttal expert disclosures are due on or before **May 23, 2011**.