IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01935-PAB-MEH

SCOTT NAGLE,

    Plaintiff,

v.

SHERIFF TED MINK, in his official and individual capacities,
UNDERSHERIFF RAY FLEER, in his individual capacity,
CHIEF JEFFREY SHRADER, in his individual capacity, and
CAPTAIN PATRICIA WOODIN, in her individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2011.**

    Plaintiff's Second Unopposed Motion to Modify Scheduling Order to Extend Expert Disclosure Deadlines [filed April 13, 2011; docket #31] is **granted**. Plaintiff's expert disclosures are due on or before **May 2, 2011**, and Defendants' rebuttal expert disclosures are due on or before **June 2, 2011**.