IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01935-PAB-MEH

SCOTT NAGLE,

    Plaintiff,

v.

SHERIFF TED MINK, in his official and individual capacities,
UNDERSHERIFF RAY FLEER, in his individual capacity,
CHIEF JEFFREY SHRADER, in his individual capacity, and
CAPTAIN PATRICIA WOODIN, in her individual capacity,

    Defendants.

## ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Michael E. Hegarty, United States Magistrate Judge.**

On October 28, 2011, the Court ordered a temporary stay of all proceedings pending the conclusion of settlement negotiations. *See* docket #61. Because no settlement has been reached, the stay is hereby **lifted**.

At the request of the parties, the Court held a Status Conference to discuss the litigation going forward. *See* docket #67. At the Status Conference, counsel expressed concern regarding the current briefing schedule for dispositive motions and the deadline for Rule 702 motions, both have which have been held in abeyance due to the stay. Pursuant to that discussion, the Court RECOMMENDS the District Court approve the following deadlines:[1]

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72(b). The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file

- Plaintiff's response to Defendants' Motion for Summary Judgment shall be filed **on or before January 10, 2012**;

- Defendants' reply to Plaintiff's response shall be filed **on or before January 24, 2012**; and

- the parties shall file Rule 702 motions **on or before January 13, 2012**.

Respectfully submitted at Denver, Colorado, this 16th day of December, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

---

written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).